**No. 10-5858 (10A173). In re Michael Jeffrey Land, Petitioner.**

561 U.S. 1048, 131 S. Ct. 44, 177 L. Ed. 2d 1133, 2010 U.S. LEXIS 5630.

August 12, 2010. Application for stay of execution of sentence of death, pre-

sented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.